IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EAST WEST BANK,<br><br>    Plaintiff,<br><br>v.<br><br>QIR TECHNOLOGY HOLDINGS, INC.,<br>QUANTUM IR TECHNOLOGIES LLC,<br>QIR AIR RESOURCES LLC, QIR CEMENT<br>THERMAL TECHNOLOGY LLC,<br>ULTRATECH LTD LLC, QATSS VN LC,<br>CMX NA LTD LLC, SCG NA LTD LLC,<br>FLIR APAC LIMITED COMPANY,<br>OPTICAL SYSTEMS INTEGRATION LLC,<br>and RAPID E-SUITE OPERATIONS LLC,<br><br>    Defendants. | **MEMORANDUM DECISION AND ORDER DENYING MOTION REQUESTING AUTHORIZATION REGARDING METHOD OF DISPOSITION OF ASSETS**<br><br>Case No. 2:25-cv-00105-JNP-DAO<br><br>Chief District Judge Jill N. Parrish |

On July 18, 2025, the Receiver filed a motion requesting authorization regarding the method of disposition of assets in the Receivership. ECF 100. Specifically, the motion requests "that the Court authorize the Receiver to dispose of *substantially all assets*, including intellectual property and equipment held within the Receivership Estate." ECF 100 at 1 (emphasis added). However, with regard to scope of the requested relief, it later states that "[r]elevant to this Motion is source code of proprietary software that is the primary asset of the Receivership assets, numerous patents . . . , multiple infrared cameras, . . . and other assets." ECF 100 ¶ 8. Further, the attached exhibit list of assets only includes what seems to be a subset of the assets mentioned in the motion. ECF 100-2 at 7.

In light of the fact that various assets within the Receivership are subject to liens and security interests—whether disclosed to the court or not—the court requires greater specificity in such a request. This is especially true considering that one of the entities that the Receiver has alleged holds an interest in the assets (Matlin Capital, with a 69% interest) is itself an entity whose assets are frozen by a state court injunction. *See* ECF 105-2 at 2. Given the lack of clarity as to the scope of requested relief, the court DENIES the motion as it is currently presented to the court.

Signed October 10, 2025.

BY THE COURT

_____
Jill N. Parrish
United States Chief District Judge